**Appeal Dismissed and Memorandum Opinion filed July 10, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00273-CR

_____

**LISA ANN BARFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1714161**

---

## MEMORANDUM OPINION

Appellant was convicted of driving while intoxicated and filed this appeal.   The clerk's record reflects the trial court subsequently granted appellant's motion for new trial.

Generally, we only have jurisdiction to consider an appeal by a criminal defendant when there has been a final judgment of conviction.   *See Workman v. State*, 170 Tex. Crim. App. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App. – Fort Worth 1996, no pet.).   Because appellant has been granted a new trial, there is no final conviction to appeal.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore, Brown.
Do Not Publish — TEX. R. APP. P. 47.2(b)